

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00009-CR
### No. 10-23-00010-CR

**CHRISTOPHER SPEARS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 361st District Court
### Brazos County, Texas
### Trial Court Nos. 12-02809-CRM-361 and
### 12-05062-CRF-361

## MEMORANDUM OPINION

These appeals were referred to mediation on February 2, 2023, and by that referral, the appeals were suspended. Appellant has now filed an Unopposed Motion to Voluntarily Dismiss Appeal in both appeals asserting that the parties have reached a pre-mediation settlement dispositive of all claims and defenses asserted in the underlying trial court matter and requesting a dismissal of both appeals. Appellant has signed both

motions, and appellee is unopposed to the relief requested.

The suspension of these appeals is lifted. Appellant's motions are granted, and the appeals are dismissed. *See* TEX. R. APP. P. 42.2(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Davis[1]
Motions granted
Appeals dismissed
Opinion delivered and filed March 15, 2023
Do not publish
[OT06]



---

[1] The Honorable Rex Davis, Senior Justice (Retired) of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.